1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  C. J. ALICE CHEN (CSB No. 228556)
   achen@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
4  Mountain View, CA  94041
   Telephone: (650) 988-8500
5  Facsimile:  (650) 938-5200

6  Attorneys for Plaintiffs and Counterclaim Defendants
   Advante International Corp. dba Vanteus Academy,
7  Yibin Vickie Zhang and Shin Wei

8  DANNING JIANG (CSB No. 196985)
   Djiang@jianglawgroup.com
9  LAW OFFICES OF DANNING JIANG
   271 North First Street
10 San Jose, California 95113
   Telephone: (408) 299-0800
11 Facsimile:  (408) 299-0300

12 Attorney for Defendants and Counterclaim Plaintiffs
   Mintel Learning Technology, Inc. and Ningyuan
13 Wayne Yang

*IT IS SO ORDERED* — /s/ James Ware, Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advante International Corp. dba Vanteus Academy, an Illinois Corporation, and Yibin Vickie Zhang, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>Mintel Learning Technology, Inc., a California Corporation, and Ningyuan Wayne Yang, an individual,<br><br>    Defendants. | Case No. C 05-01022 JW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Judge:    Hon. James Ware |
| AND RELATED COUNTERCLAIMS | |

WHEREAS, plaintiffs and counterclaim defendants Advante International Corporation, Yibin Vickie Zhang, Shin Wei (collectively "plaintiffs"), and defendants and counterclaim plaintiffs Mintel Learning Technology, Inc. and Wayne Yang (collectively "defendants"), filed a Joint Case Management Statement on July 8, 2005;

WHEREAS, the Court entered a Scheduling Order on July 14, 2005;

WHEREAS, defendants filed a Joint Application for Substitution of Counsel on February 24, 2006, and the Court granted said Joint Application for Substitution of Counsel on March 1, 2006;

WHEREAS, the parties were unable to conduct fact or expert discovery in the months of January and February 2006, while defendants were in the process of retaining new counsel;

WHEREAS, the parties agree that to avoid any prejudice to defendants, defendants' new counsel should be afforded further time to obtain, study and review the case files from defendants' former counsel; and

WHEREAS, to place the discovery schedule back on track, the parties have agreed to exchange the balance of outstanding documents on March 31, 2006, and have scheduled the depositions of Mintel's Wayne Yang and Hanmei Chen on April 6 and 18, 2006, and the depositions of Advante's Shin Wei and Yibin Vickie Zhang on April 19 and 21, 2006;

THEREFORE, the parties hereby stipulate, by their undersigned counsel, subject to the Court's approval, to modify the dates in the current Scheduling Order as follows:

| ACTION | CURRENT DATE | REVISED DATE |
| --- | --- | --- |
| Expert reports due | February 21, 2006 | April 24, 2006 |
| Rebuttal expert reports due | March 3, 2006 | May 19, 2006 |
| Last day for hearing on objections to qualifications or proposed testimony of an expert | April 17, 2006 at 9:00 a.m. | June 19, 2006 at 9:00 a.m. |
| Close of discovery | April 20, 2006 | June 16, 2006 |

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER   2   CASE NO. C 05-01022 JW

| ACTION | CURRENT DATE | REVISED DATE |
|---|---|---|
| Last day to file dispositive motions | May 15, 2006 | July 10, 2006 |
| Hearing for dispositive motions | June 19, 2006 at 9:00 a.m. | August 14, 2006 at 9:00 a.m. |
| Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order due | July 7, 2006 | September 8, 2006 |
| Pretrial and Trial Setting Conference | July 17, 2006 at 11:00 a.m. | September 18, 2006 at 11:00 a.m. |
| Trial | TBD | TBD |

SO STIPULATED:

Respectfully submitted,

Dated: March 17, 2006        FENWICK & WEST LLP

By: ____/s/_____
       Rodger R. Cole

Attorneys for Plaintiffs and Counterclaim Defendants ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, YIBIN VICKIE ZHANG and SHIN WEI

Respectfully submitted,

Dated: _____        LAW OFFICES OF DANNING JIANG

By: _____
       Danning Jiang

Attorneys for Defendants and Counterclaim Plaintiffs MINTEL LEARNING TECHNOLOGY, INC. and NINGYUAN WAYNE YANG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 21, 2006        _____
                              The Honorable James Ware
                              United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER        3        CASE NO. C 05-01022 JW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW