**United States District Court**
For the Northern District of California

**\*E-FILED 6/16/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADVANTE INTERNATIONAL CORP. et al.,

          Plaintiffs,

   v.

MINTEL LEARNING TECHNOLOGY, et al.,

          Defendants.

_____/

NO. C 05-01022 JW (RS)

**ORDER**

On June 12, 2006 defendant Mintel Learning Technology, Inc. filed a two-page letter requesting that the Court issue an order requiring third party EZ Publishing to produce immediately certain "log files" for two computer servers.  Mintel asserts that it and its counsel have been accused by plaintiff's counsel of hacking into plaintiff's website.  Mintel apparently believes that the log files will show that it did not commit the act of alleged hacking.

Mintel has not provided a sufficient evidentiary record or otherwise demonstrated good cause for ordering a third party to produce the log files on an expedited basis.  Mintel has not provided sufficient information or explanation in support of its assertion that there may be an ongoing attempt to destroy evidence.  Additionally, it is not apparent how Mintel would be irreparably harmed even in the event the "log files" are *not* preserved,  as the purported accusations against Mintel would then presumably fail for lack of proof.

Furthermore, in its opposition letter brief, Advante asserts that it has no objection to production of the log files requested by Mintel.  Although the Court will not issue an order on this

1 record compelling a third party to take any particular action, counsel for Advante is hereby directed

2 to make such reasonable efforts as are available to it to assist counsel for Mintel in obtaining copies

3 of the log files at the earliest possible time.

4

5   IT IS SO ORDERED.

6 Dated: June 16, 2006

                _____

7                     RICHARD SEEBORG
                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER
C 05-01022 JW (RS)

2

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

2  Chien-Ju Alice Chen    achen@Fenwick.Com, dyoungman@fenwick.com

3  Rodger R. Cole    rcole@fenwick.com

4  J. James Li    lij@howrey.com, schantellk@howrey.com; ew@howrey.com

5

6  Counsel are responsible for distributing copies of this document to co-counsel who have not
   registered for e-filing under the Court's CM/ECF program.

7

8  **Dated: 6/16/06**                                **Chambers of Judge Richard Seeborg**

9

10                                                   **By:** _____/s/ BAK_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER
    C 05-01022 JW (RS)

3