1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  C. J. ALICE CHEN (CSB No. 228556)
   achen@fenwick.com
3  SONGMEE L. CONNOLLY (CSB No. 228555)
   sconnolly@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
5  Mountain View, CA  94041
   Telephone:  (650) 988-8500
6  Facsimile:   (650) 938-5200

7  Attorneys for Plaintiffs and Counterclaim Defendants
   Advante International Corp. dba Vanteus Academy,
8  Yibin Vickie Zhang and Shin Wei

9  J. JAMES LI (CSB No. 202855)
   lij@howrey.com
10 HOWREY LLP
   1950 University Ave., 4th Floor
11 Palo Alto, CA 94303
   Telephone: (650) 798-3500
12 Facsimile: (650) 798-3600

13 Attorneys for Defendants and Counterclaim
   Plaintiffs Mintel Learning Technology, Inc. and
14 Ningyuan Wayne Yang

15
16                    UNITED STATES DISTRICT COURT
17                   NORTHERN DISTRICT OF CALIFORNIA
18                          SAN JOSE DIVISION

| | |
|---|---|
| Advante International Corp. dba Vanteus Academy, an Illinois Corporation, and Yibin Vickie Zhang, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Mintel Learning Technology, Inc., a California Corporation, and Ningyuan Wayne Yang, an individual,<br><br>Defendants. | Case No. C 05-01022 JW (RS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER DEADLINES FOR OPENING AND REBUTTAL EXPERT REPORTS**<br><br>Date:   N/A<br>Time:  N/A<br>Dept:   Courtroom No. 8, 4th Floor<br>Judge: Hon. James Ware |
| AND RELATED COUNTERCLAIMS. | |

1  WHEREAS, on July 13, 2006, the Court entered an order amending the scheduling order
2  ("July 13, 2006 Amended Scheduling Order") continuing, among other deadlines, the deadline for
3  expert reports from April 24, 2006 to August 17, 2006 and the deadline for rebuttal expert reports
4  from May 19, 2006 to August 31, 2006;

5  WHEREAS, plaintiffs and counterclaim defendants Advante International Corporation,
6  Yibin Vickie Zhang, Shin Wei (collectively "plaintiffs"), and defendants and counterclaim
7  plaintiffs Mintel Learning Technology, Inc. and Wayne Yang (collectively "defendants"), are in
8  the process of meeting and conferring on outstanding discovery relevant to the preparation of
9  their opening and rebuttal technical and damages expert reports;

10  WHEREAS, the parties will not have completed Rule 30(b)(6) depositions before the
11  expert deadlines, but are in the process of scheduling Advante's 30(b)(6) deposition during the
12  week of August 21, 2006 and Mintel's 30(b)(6) deposition during the week of September 1, 2006;

13  WHEREAS, the parties are still in the process of producing documents that may be
14  relevant and necessary in the preparation and exchange of opening and rebuttal expert reports;

15  WHEREAS, the parties have agreed to extend the dates for the exchange of opening and
16  rebuttal expert reports and agreed that extending these deadlines shall not affect any other
17  deadlines set by the Court's July 13, 2006 Amended Scheduling Order;

18  THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their
19  respective attorneys of record, that there is good cause for amending the opening and rebuttal
20  expert report deadlines.  Accordingly, the parties stipulate, subject to the Court's approval, to
21  modify the July 13, 2006 Amended Scheduling Order as follows:

| ACTION | CURRENT DATE | REVISED DATE |
|---|---|---|
| Expert reports due | August 17, 2006 | August 31, 2006 |
| Rebuttal expert reports due | August 31, 2006 | September 14, 2006 |

26  All other deadlines set by the Court's July 13, 2006 Amended Scheduling Order shall
27  remain unaffected.

28

IT IS SO STIPULATED:

Respectfully submitted,

Dated: August 14, 2006     FENWICK & WEST LLP

By:   /s Rodger R. Cole
         Rodger R. Cole

Attorneys for Plaintiffs and Counterclaim Defendants ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, YIBIN VICKIE ZHANG and SHIN WEI

HOWREY LLP

Dated: August 14, 2006

By:   /s  J. James Li
         J. James Li

Attorneys for Defendants and Counterclaim Plaintiffs MINTEL LEARNING TECHNOLOGY, INC. and NINGYUAN WAYNE YANG

I hereby attest that I have received J. James Li's concurrence in the e-filing of this document as indicated by the "conformed" signature (/s) above.

By:   /s Rodger R. Cole
         Rodger R. Cole

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _8/21/06_____

The Honorable James Ware
United States District Judge

STIPULATION AND [PROPOSED] ORDER
MODIFYING SCHEDULING ORDER DEADLINES       3       CASE NO. C 05-01022 JW (RS)
FOR OPENING AND REBUTTAL EXPERT REPORTS