**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advante International Corp. et al., | NO. C 05-01022 JW |
| Plaintiffs, | **AMENDMENT TO ORDER RELATING CASES** |
| v. | |
| Mintel Learning Technology, Inc. et al., | |
| Defendants. | |
| _____/ | |

On August 28, 2006, the Court granted Defendant Mintel Learning Technology, Inc.'s ("Mintel") Administrative Motion to Consider Whether Cases Should be Related.  In its Order granting Mintel's Motion, the Court erroneously referred to the newly related case as "No. C 06-04993 SBA."  The number of the case actually related by that Order is No. C 06-04994 SBA.  The Court hereby amends its Order to correct this error.

Dated: August 29, 2006

*James Ware*
JAMES WARE
United States District Judge

**United States District Court**

For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Chien-Ju Alice Chen achen@Fenwick.Com

J. James Li lij@howrey.com

3

Rodger R. Cole rcole@fenwick.com

Songmee L. Connolly SConnolly@Fenwick.com

4

5

**Dated: August 29, 2006**                    **Richard W. Wieking, Clerk**

6

7

**By:    /s/ JW Chambers**

**Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28