1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  C. J. ALICE CHEN (CSB No. 228556)
   achen@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
4  Mountain View, CA  94041
   Telephone:  (650) 988-8500
5  Facsimile:   (650) 938-5200

6  Attorneys for Plaintiffs and Counterclaim Defendants
   Advante International Corp. dba Vanteus Academy,
7  Yibin Vickie Zhang and Shin Wei

8  J. JAMES LI (CSB No. 202855)
   lij@howrey.com
9  HOWREY LLP
   1950 University Ave., 4th Floor
10 Palo Alto, CA 94303
   Telephone: (650) 798-3500
11 Facsimile: (650) 798-3600

12 Attorneys for Defendants and Counterclaim
   Plaintiffs Mintel Learning Technology, Inc. and
13 Ningyuan Wayne Yang

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Advante International Corp. dba Vanteus Academy, an Illinois Corporation, and Yibin Vickie Zhang, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Mintel Learning Technology, Inc., a California Corporation, and Ningyuan Wayne Yang, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 05-01022 JW (RS)<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINE FOR LAST DAY FOR HEARING ON OBJECTIONS TO EXPERTS**<br><br>Date:  N/A<br>Time:  N/A<br>Dept:  Courtroom No. 8, 4th Floor<br>Judge:  Hon. James Ware |

WHEREAS, on July 13, 2006, the Court entered an order amending the scheduling order

1  ("July 13, 2006 Amended Scheduling Order") continuing, among other deadlines, the deadline for

2  expert reports from April 24, 2006 to August 17, 2006 and the deadline for rebuttal expert reports

3  from May 19, 2006 to August 31, 2006;

4      WHEREAS, on August 14, 2006 plaintiffs and counterclaim defendants Advante

5  International Corporation, Yibin Vickie Zhang, Shin Wei (collectively "plaintiffs"), and

6  defendants and counterclaim plaintiffs Mintel Learning Technology, Inc. and Wayne Yang

7  (collectively "defendants"), filed a joint stipulation and proposed order requesting a modification

8  of the Court's July 13, 2006 Amended Scheduling Order to extend the deadline for expert reports

9  to August 31, 2006 and rebuttal expert reports to September 14, 2006, and the Court entered its

10  order thereon on August 21, 2006 (the "August 21, 2006 Order");

11      WHEREAS, the parties exchanged opening expert reports on August 31, 2006 in

12  accordance with the August 21, 2006 Order;

13      WHEREAS, the parties are in the process of completing expert depositions;

14      WHEREAS, the parties agree that additional time will be necessary to timely raise any

15  objections to the qualifications or proposed testimony of any expert as a result of the extensions

16  of time from the August 21, 2006 Order;

17      WHEREAS, the parties have agreed that extending the foregoing deadlines shall not affect

18  any other deadlines set by the Court's July 13, 2006 Amended Scheduling Order;

19      THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their

20  respective attorneys of record, that there is good cause for amending the due date for hearing on

21  objections to qualifications or proposed testimony of any expert.  Accordingly, the parties

22  stipulate, subject to the Court's approval, to modify the July 13, 2006 Amended Scheduling Order

23  and August 21, 2006 Order as follows:

| ACTION | CURRENT DATE | REVISED DATE |
| --- | --- | --- |
| Last day for hearing on objections to qualifications or proposed testimony of an expert | October 16, 2006 at 9:00 a.m.<br><br>(Per July 13, 2006 Amended Scheduling Order) | November 27, 2006 at 9:00 a.m. |

FURTHER STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINE FOR L/D FOR     2     CASE NO. C 05-01022 JW (RS)
HEARING ON OBJECTIONS TO EXPERTS

All other deadlines set by the Court's July 13, 2006 Amended Scheduling Order and August 21, 2006 Order shall remain unaffected.

IT IS SO STIPULATED:

Respectfully submitted,

Dated: October 4, 2006                FENWICK & WEST LLP

By:  /s  Rodger R. Cole
     Rodger R. Cole

Attorneys for Plaintiffs and Counterclaim Defendants ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, YIBIN VICKIE ZHANG and SHIN WEI

HOWREY LLP

Dated: October 4, 2006

By:  /s  J. James Li
     J. James Li

Attorneys for Defendants and Counterclaim Plaintiffs MINTEL LEARNING TECHNOLOGY, INC. and NINGYUAN WAYNE YANG

I hereby attest that I have received J. James Li's concurrence in the e-filing of this document as indicated by the "conformed" signature (/s) above.

By:  /s Rodger R. Cole
     Rodger R. Cole

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

Dated:  10/06/06

The Honorable James Ware
United States District Judge