RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
C. J. ALICE CHEN (CSB No. 228556)
achen@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiffs and Counterclaim Defendants
Advante International Corp. dba Vanteus Academy,
Yibin Vickie Zhang and Shin Wei

J. JAMES LI (CSB No. 202855)
lij@howrey.com
HOWREY LLP
1950 University Ave., 4th Floor
Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Attorneys for Defendants and Counterclaim
Plaintiffs Mintel Learning Technology, Inc. and
Ningyuan Wayne Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advante International Corp. dba Vanteus Academy, an Illinois Corporation, and Yibin Vickie Zhang, an individual,<br><br>   Plaintiffs,<br><br>   v.<br><br>Mintel Learning Technology, Inc., a California Corporation, and Ningyuan Wayne Yang, an individual,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 05-01022 JW (RS)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER**<br><br>Date:  N/A<br>Time:  N/A<br>Dept:  Courtroom No. 8, 4th Floor<br>Judge: Hon. James Ware |

FURTHER STIPULATION AND [~~PROPOSED~~]
ORDER MODIFYING SCHEDULING ORDER

CASE NO. C 05-01022 JW (RS)

1  WHEREAS, on July 13, 2006, the Court entered an order amending the scheduling order
2  ("July 13, 2006 Amended Scheduling Order") setting forth the governing scheduling order in this
3  action;

4  WHEREAS, on August 14, 2006 plaintiffs and counterclaim defendants Advante
5  International Corporation, Yibin Vickie Zhang, Shin Wei (collectively "plaintiffs"), and
6  defendants and counterclaim plaintiffs Mintel Learning Technology, Inc. and Wayne Yang
7  (collectively "defendants"), filed a joint stipulation and proposed order requesting a modification
8  of the Court's July 13, 2006 Amended Scheduling Order to extend the deadline for expert reports
9  to August 31, 2006 and rebuttal expert reports to September 14, 2006, and the Court entered its
10 order thereon on August 21, 2006 (the "August 21, 2006 Order");

11 WHEREAS, On October 4, 2006, the parties filed another joint stipulation continuing the
12 deadline to raise objections to expert qualifications and testimony, which stipulation was entered
13 as on Order of this Court on October 6, 2006 (the "October 6, 2006 Order");

14 WHEREAS, the last day to complete discovery in the Amended Scheduling Order was
15 October 13, 2006;

16 WHEREAS, the parties have had to delay fact depositions due to the illness of two
17 significant fact witnesses and the schedules of third-parties, and have agreed to proceed with
18 these depositions after the close of discovery due to these unforeseen and unavoidable delays;

19 WHEREAS, the parties have had to delay the depositions of the damages experts in this
20 case due to a death in the family of one the expert witnesses, and the two damages expert
21 depositions are currently on hold;

22 WHEREAS, Mintel currently has a motion to compel set to be heard by Judge Seeborg on
23 November 8, 2006 that raises significant open discovery issues;

24 WHEREAS, Advante is currently meeting and conferring with Mintel and may have to
25 file a motion to compel to be heard by Judge Seeborg on November 29, 2006 that will raise very
26 significant discovery issues;

27 WHEREAS, the parties agree that a short extension of the current deadlines in the
28 Amended Scheduling Order is required to address the outstanding discovery issues fairly to both

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FURTHER STIPULATION AND [PROPOSED]
ORDER MODIFYING SCHEDULING ORDER

CASE NO. C 05-01022 JW (RS)

1  parties;

2  THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their

3  respective attorneys of record, that there is good cause for amending the current scheduling order

4  as follows:

| ACTION | CURRENT DATE | REVISED DATE |
|---|---|---|
| Last day for hearing on objections to qualifications or proposed testimony of an expert | November 27, 2006 at 9:00 a.m. | December 11, 2006 at 9:00 a.m. |
| Last Day to file dispositive motions | October 30, 2006 | December 22, 2006 |
| Hearing for dispositive motions | December 4, 2006 | January 29, 2007 at 9:00 a.m. |
| Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order due | December 29, 2006 | March 2, 2007 |
| Pretrial and Trial Setting Conference | January 8, 2007 at 11:00 a.m. | March 12, 2007 at 11:00 a.m. |
| Trial | TBD | March 19-30, 2007 or earliest time available thereafter |

19  IT IS SO STIPULATED:

Respectfully submitted,

Dated: October 17, 2006          FENWICK & WEST LLP

By:  /s  Rodger R. Cole
     Rodger R. Cole

Attorneys for Plaintiffs and Counterclaim Defendants
ADVANTE INTERNATIONAL CORP. dba
VANTEUS ACADEMY, YIBIN VICKIE ZHANG
and SHIN WEI

HOWREY LLP

Dated: October 17, 2006

By: ___/s J. James Li_____
    J. James Li

Attorneys for Defendants and Counterclaim Plaintiffs
MINTEL LEARNING TECHNOLOGY, INC. and
NINGYUAN WAYNE YANG

I hereby attest that I have received J. James Li's concurrence in the e-filing of this document as indicated by the "conformed" signature (/s) above.

By: ___/s Rodger R. Cole_____
    Rodger R. Cole

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

Dated: __10/18/06_____    _____
The Honorable James Ware
United States District Judge