*E-filed 10/27/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. et al., | NO. C 05-01022 JW (RS) |
| Plaintiffs, | **ORDER RE MEET AND CONFER EFFORTS** |
| v. | |
| MINTEL LEARNING TECHNOLOGY, et al., | |
| Defendants. | |

The Court has received defendant's letter dated October 26, 2006. Without assuming the accuracy of any of the factual assertions in that letter, it is apparent from the record in this case, including the number of motions filed, the subject matter of those motions, and the parties' arguments made therein, that the meet and confer process has generally not been as productive in this action as it should be. The Court will not apportion fault for the breakdown in the process and discourages the parties from attempting to do so now. No later than November 3, 2006, lead counsel for the parties shall engage in an in-person, face-to-face, conference to discuss *all* presently-pending discovery disputes, and shall attempt to eliminate or narrow as many issues as possible. The parties should focus on reaching resolutions on a forward-looking basis, rather than discussing what either side has or has not done in the past. The parties should also focus strictly on discovery issues during the conference, reserving any discussion of the merits or other issues for another time. No later than 5:00 p.m. on November 6, 2006, the parties shall file a joint letter brief advising the Court of any

1

issues that have been resolved.

All hearing dates and briefing schedules presently in place will not be altered at this time, but the parties may wish to consider negotiating continuances of any of the motions, if further meet and confer efforts are likely to resolve any of the disputes.

IT IS SO ORDERED.
Dated:  October 27, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge