RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
C. J. ALICE CHEN (CSB No. 228556)
achen@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center, 801 California Street
Mountain View, CA  94041
Telephone:  (650) 988-8500
Facsimile:   (650) 938-5200

Attorneys for Plaintiffs and Counterclaim Defendants
Advante International Corp. dba Vanteus Academy,
Yibin Vickie Zhang and Shin Wei

J. JAMES LI (CSB No. 202855)
lij@howrey.com
HOWREY LLP
1950 University Ave., 4th Floor
Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Attorneys for Defendants and Counterclaim
Plaintiffs Mintel Learning Technology, Inc. and
Ningyuan Wayne Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advante International Corp. dba Vanteus Academy, an Illinois Corporation, and Yibin Vickie Zhang, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>Mintel Learning Technology, Inc., a California Corporation, and Ningyuan Wayne Yang, an individual,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 05-01022 JW (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Date:  N/A<br>Time:  N/A<br>Dept:  Courtroom No. 8, 4th Floor<br>Judge: Hon. James Ware |

1  WHEREAS, on July 13, 2006, the Court entered an order amending the scheduling order
2  ("July 13, 2006 Amended Scheduling Order") setting forth the governing scheduling order in this
3  action;

4  WHEREAS, on August 14, 2006 plaintiffs and counterclaim defendants Advante
5  International Corporation, Yibin Vickie Zhang, Shin Wei (collectively "plaintiffs"), and
6  defendants and counterclaim plaintiffs Mintel Learning Technology, Inc. and Wayne Yang
7  (collectively "defendants"), filed a joint stipulation and proposed order requesting a modification
8  of the Court's July 13, 2006 Amended Scheduling Order to extend the deadline for expert reports
9  to August 31, 2006 and rebuttal expert reports to September 14, 2006, and the Court entered its
10 order thereon on August 21, 2006 (the "August 21, 2006 Order");

11 WHEREAS, On October 4, 2006, the parties filed another joint stipulation continuing the
12 deadline to raise objections to expert qualifications and testimony, which stipulation was entered
13 as on Order of this Court on October 6, 2006 (the "October 6, 2006 Order");

14 WHEREAS, On October 17, 2006, the parties filed another joint stipulation continuing the
15 deadline to raise objections to expert qualifications and testimony, which stipulation was entered
16 as on Order of this Court on October 18, 2006 (the "October 18, 2006 Order");

17 WHEREAS, the parties have had to delay the depositions of the damages experts in this
18 case due to continued health problems of members of the family of one the expert witnesses, and
19 the two damages expert depositions are currently on hold;

20 WHEREAS, the parties agree that an extension of the current deadline to challenge
21 expert's qualifications as set in the Amended Scheduling Order is required due to the inability of
22 the experts to sit for depositions;

23 THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their
24 respective attorneys of record, that there is good cause for amending the current scheduling order
25 as follows:

26
27
28

FURTHER STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]
ORDER MODIFYING SCHEDULING ORDER

CASE NO. C 05-01022 JW (RS)

| ACTION | CURRENT DATE | REVISED DATE |
|---|---|---|
| Last day for hearing on objections to qualifications or proposed testimony of an expert | December 11, 2006 at 9:00 a.m. | 45 days after the both parties' damages experts have been deposed |

IT IS SO STIPULATED: The last day for hearing on objections to qualifications or proposed testimony of an expert is set for February 12, 2007 @ 9:00 AM.
Respectfully submitted,

Dated: November 2, 2006        FENWICK & WEST LLP


By:    /s  Rodger R. Cole
          Rodger R. Cole

Attorneys for Plaintiffs and Counterclaim Defendants
ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, YIBIN VICKIE ZHANG and SHIN WEI

HOWREY LLP

Dated: November 2, 2006
By:    /s  J. James Li
          J. James Li

Attorneys for Defendants and Counterclaim Plaintiffs
MINTEL LEARNING TECHNOLOGY, INC. and NINGYUAN WAYNE YANG

I hereby attest that I have received J. James Li's concurrence in the e-filing of this document as indicated by the "conformed" signature (/s) above.

By:    /s Rodger R. Cole
          Rodger R. Cole

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

Dated: _____11/07/2006_____

The Honorable James Ware
United States District Judge

FURTHER STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER MODIFYING SCHEDULING ORDER        2        CASE NO. C 05-01022 JW (RS)