| | |
|---|---|
| J. James Li (SBN 202855, lij@howrey.com)<br>Christopher Banys (SBN 230038, banysc@howrey.com)<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, California  94303<br>Telephone:  (650) 798-3500<br>Facsimile:   (650) 798-3600<br><br>Attorneys for Defendants and Counterclaimant Mintel Learning Technology, Inc. and Ningyuan Wayne Yang | RODGER R. COLE (CSB No. 178865)<br>rcole@fenwick.com<br>RYAN J. MARTON (CSB NO. 223979)<br>rmarton@fenwick.com<br>C. J. ALICE CHEN (CSB No. 228556)<br>achen@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center, 801 California Street<br>Mountain View, CA  94041<br>Telephone: (650) 988-8500<br>Facsimile:  (650) 938-5200<br><br>Attorneys for Plaintiffs and Counterclaim Defendants<br>Advante International Corp. dba Vanteus Academy, Yibin Vickie Zhang and Shin Wei |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED 11/8/06*

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, and Yibin Vickie Zhang, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>Defendants.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California corporation,<br><br>Counterclaimant<br>vs.<br>ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, Yibin Vickie Zhang, an individual, and Shin Wei, an individual<br><br>CounterDefendants. | Case No. 5:05-CV-01022-JW<br><br>**STIPULATED MOTION TO ENLARGE TIME FOR FILING OPPOSITION AND REPLY BRIEFS FOR ADVANTE'S SECOND MOTION TO COMPEL FURTHER PRODUCTION** AND ORDER<br><br>**Date:**     November 29, 2006<br>**Time:**     9:30 a.m.<br>**Judge:**    Hon. Richard Seeborg<br>**Place:**    Courtroom No. 4, 5th Floor |

Case No.  5:05-CV-01022-JW
Stipulated Motion to Enlarge Time

1  Whereas, Advante International Corp. ("Advante") filed its Second Motion to Compel Further
2  Production on October 24, 2006.

3  Whereas, on October 27, 2006, Mintel Learning Technology, Inc. ("Mintel") filed a letter brief
4  regarding meet and confer.

5  Whereas, on October 27, 2006, this Court ordered that Mintel and Advante meet and confer
6  regarding the motions to compel filed by both parties, and file a joint letter to report the results of the
7  meet and confer by November 6, 2006.

8  Whereas, the parties' lead counsels met and conferred in person on November 1, 2006.

9  Whereas, the parties filed its joint letter to this Court on November 6, 2006.

10  Because of the delay caused by the meet and confer, the parties agree to jointly request that the
11  deadline for filing the Opposition to Advante's Second Motion for Further Discovery be postponed
12  from November 8, 2006 to November 15, 2006, and that the deadline for filing the Reply brief be
13  postponed from November 15, 2006 to November 22, 2006. The parties request that the current
14  hearing date for Advante's Second Motion for Further Discovery, November 29, 2006, remain
15  unchanged; however, the parties are at the Court's disposal if the Court prefers the hearing to be
16  continued until December 6, 2006.

17  IT IS SO STIPULATED.

18

19  Dated: November 7, 2006              HOWREY LLP

20
                                         By:    /s/  J. James Li
21                                                 J. James Li

22                                       Attorneys for Defendants and Counterclaim Plaintiffs
                                         MINTEL LEARNING TECHNOLOGY, INC. and
23                                       NINGYUAN WAYNE YANG

24  Dated: November 7, 2006              FENWICK & WEST LLP

25
                                         By:    /s/  Rodger R. Cole
26                                                 Rodger R. Cole

27                                       Attorneys for Plaintiffs and Counterclaim Defendants
                                         ADVANTE INTERNATIONAL CORP. dba
28                                       VANTEUS ACADEMY, YIBIN VICKIE ZHANG
                                         and SHIN WEI

**HOWREY LLP**

Case No. 5:05-CV-01022-JW                - 2 -
Stipulated Motion to Enlarge the Time

1    I hereby certify that Mr. Rodger Cole has authorized my affixing his e-signature to this
2    document.

4                                               /s/ J. James Li
                                                J. James Li

6    PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

9    Dated: November 8, 2006                    _____
                                                The Honorable Richard Seeborg
                                                United States Magistrate Judge

**HOWREY LLP**

Case No. 5:05-CV-01022-JW                - 3 -
Stipulated Motion to Enlarge the Time