1  J. James Li (SBN 202855, lij@howrey.com)
   HOWREY LLP
2  1950 University Avenue, 4th Floor                    *E-FILED 11/27/06*
   East Palo Alto, California 94303
3  Telephone: (650) 798-3500
   Facsimile:  (650) 798-3600
4
   Attorneys for Defendants and Counterclaimant Mintel Learning
5  Technology, Inc. and Ningyuan Wayne Yang

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | ADVANTE INTERNATIONAL CORP. d/b/a, | Case No. 5:05-CV-01022-JW
   | VANTEUS ACADEMY, and Yibin Vickie
13 | Zhang, an individual,               | **MINTEL'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND ORDER THEREON**
14 |        Plaintiffs,                  | Date:    November 8, 2006
15 | vs.                                  | Time:    9:30 a.m.
   |                                      | Judge:   Hon. Richard Seeborg
16 | MINTEL LEARNING TECHNOLOGY, INC., a | Place:   Courtroom No. 4, 5th Floor
   | California corporation, and NINGYUAN
17 | WAYNE YANG, an individual,
18 |        Defendants.
19
20 | MINTEL LEARNING TECHNOLOGY, INC.
21 |        Counterclaimant,
22 | vs.
23 | ADVANTE INTERNATIONAL CORP. d/b/a,
   | VANTEUS ACADEMY, YIBIN VICKIE
24 | ZHANG, and SHIN WEI,
25 |        Counter-Defendants.

26

27

28

---
Mintel's Motion to Seal Documents

Pursuant to Civ. L.R. 79-5 and 7-11, Defendant and Counterclaimant Mintel Learning Technology hereby requests this Court to seal the following documents or portions thereof to protect the parties' trade secrets under the Protective Order issued in this case:

1. Exhibits 1-4, and 9 to the Declaration of N. Wayne Yang in Support of Mintel's Second Motion to Compel;
2. Exhibits 11-18 to the Declaration of Gordon Pelton in Support of Mintel's Second Motion to Compel;
3. Exhibits 19-26, 29, and 30 to the Declaration of J. James Li, Ph.D., in Support of Mintel's Second Motion to Compel;
4. Paragraphs 3 and 4 of the Declaration of Gordon Pelton in Support of Mintel's Second Motion to Compel;
5. Page 5, lines 2 to 23 and page 8, lines 1-13 of Mintel's Second Motion to Compel Further Discovery.

These documents or information have been marked "Confidential" or "Highly Confidential—Outside Counsel's Eyes Only" under the Protective Order in this case.

Dated: October 4, 2006            HOWREY, LLP

                                  /s/ J. James Li
                                  By: J. James Li, Esq.

IT IS SO ORDERED.

Dated: November 27, 2006

                                  _____
                                  RICHARD SEEBORG
                                  United States Magistrate Judge