1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  RYAN J. MARTON (CSB NO. 223979)
   rmarton@fenwick.com
3  C. J. ALICE CHEN (CSB No. 228556)
   achen@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
5  Mountain View, CA  94041
   Telephone:  (650) 988-8500
6  Facsimile:  (650) 938-5200

7  Attorneys for Plaintiffs and Counterclaim Defendants
   Advante International Corp. dba Vanteus Academy,
8  Yibin Vickie Zhang and Shin Wei

9  J. JAMES LI (CSB No. 202855)
   lij@howrey.com
10 HOWREY LLP
   1950 University Ave., 4th Floor
11 Palo Alto, CA 94303
   Telephone: (650) 798-3500
12 Facsimile: (650) 798-3600

13 Attorneys for Defendants and Counterclaim
   Plaintiffs Mintel Learning Technology, Inc. and
14 Ningyuan Wayne Yang

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                         SAN JOSE DIVISION

| | |
|---|---|
| 19  Advante International Corp. dba<br>20  Vanteus Academy, an Illinois Corporation,<br>     and Yibin Vickie Zhang, an individual,<br>21<br>             Plaintiffs,<br>22<br>         v.<br>23<br>     Mintel Learning Technology, Inc., a<br>24  California Corporation, and Ningyuan<br>     Wayne Yang, an individual,<br>25<br>             Defendants. | Case No. C 05-01022 JW (RS)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING SCHEDULING<br>ORDER**<br><br>Date:    N/A<br>Time:    N/A<br>Dept:   Courtroom No. 8, 4th Floor<br>Judge:  Hon. James Ware |
| 26  ──────────────────────────<br>27  AND RELATED COUNTERCLAIMS. | |

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    WHEREAS, on July 13, 2006, the Court entered an order amending the scheduling order

2    ("July 13, 2006 Amended Scheduling Order") setting forth the governing scheduling order in this

3    action;

4    WHEREAS, on August 14, 2006 plaintiffs and counterclaim defendants Advante

5    International Corporation, Yibin Vickie Zhang, Shin Wei (collectively "plaintiffs"), and

6    defendants and counterclaim plaintiffs Mintel Learning Technology, Inc. and Wayne Yang

7    (collectively "defendants"), filed a joint stipulation and proposed order requesting a modification

8    of the Court's July 13, 2006 Amended Scheduling Order to extend the deadline for expert reports

9    to August 31, 2006 and rebuttal expert reports to September 14, 2006, and the Court entered its

10   order thereon on August 21, 2006 (the "August 21, 2006 Order");

11   WHEREAS, On October 4, 2006, the parties filed another joint stipulation continuing the

12   deadline to raise objections to expert qualifications and testimony, which stipulation was entered

13   as on Order of this Court on October 6, 2006 (the "October 6, 2006 Order");

14   WHEREAS, On October 17, 2006, the parties filed another joint stipulation continuing the

15   deadline to raise objections to expert qualifications and testimony, which stipulation was entered

16   as on Order of this Court on October 18, 2006 (the "October 18, 2006 Order");

17   WHEREAS, On November 3, 2006, the parties filed another joint stipulation continuing

18   the deadline to raise objections to expert qualifications and testimony, which stipulation was

19   entered as on Order of this Court on November 7, 2006 (the "November 7, 2006 Order");

20   WHEREAS, the last day to complete discovery in the Amended Scheduling Order was

21   October 13, 2006;

22   WHEREAS, the parties have had to delay fact depositions due to the schedules of third-

23   parties, and have agreed to proceed with these depositions after the close of discovery due to

24   these unforeseen and unavoidable delays;

25   WHEREAS, the parties have had to delay the depositions of the damages experts in this

26   case due to a death in the family of one the expert witnesses, and the two damages expert

27   depositions are currently scheduled for January 2007;

28   WHEREAS, Advante is in the process of providing significantly more discovery to Mintel

1  pursuant to an Order from Judge Seeborg and the time for challenging experts and filing

2  dispositive motions is accordingly nearing prematurely;

3       THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their

4  respective attorneys of record, that there is good cause for amending the current scheduling order

5  as follows:

6

| ACTION | CURRENT DATE | REVISED DATE |
|---|---|---|
| Last day for hearing on objections to qualifications or proposed testimony of an expert | February 12, 2007 | February 26, 2007 |
| Last Day to file dispositive motions | December 22, 2006 | January 29, 2007 |
| Hearing for dispositive motions | January 29, 2007 | March 5, 2007 at 9:00 a.m. |
| Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order due | March 2, 2007 | March 2, 2007 |
| Pretrial and Trial Setting Conference | March 12, 2007 at 11:00 a.m. | March 12, 2007 at 11:00 a.m. |
| Trial | March 19-30, 2007, or earliest time available thereafter | March 19-30, 2007, or earliest time available thereafter |

20  IT IS SO STIPULATED:

21       Respectfully submitted,

22  Dated: December 1, 2006     FENWICK & WEST LLP

23

24  By:    /s  Rodger R. Cole
        Rodger R. Cole

25  Attorneys for Plaintiffs and Counterclaim Defendants

26  ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, YIBIN VICKIE ZHANG

27  and SHIN WEI

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2
HOWREY LLP

Dated: December 1, 2006

3
By: _____/s  J. James Li_____
       J. James Li

4

5
Attorneys for Defendants and Counterclaim Plaintiffs
MINTEL LEARNING TECHNOLOGY, INC. and
NINGYUAN WAYNE YANG

6

7
I hereby attest that I have received J. James Li's concurrence in the e-filing of this

8
document as indicated by the "conformed" signature (/s) above.

9
By:   __/s Rodger R. Cole_____
        Rodger R. Cole

10

11
PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

12
Dated: ____12/06/2006_____

13
The Honorable James Ware
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW