1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  RYAN J. MARTON (CSB NO. 223979)
   rmarton@fenwick.com
3  C. J. ALICE CHEN (CSB No. 228556)
   achen@fenwick.com
4  FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
5  Mountain View, CA  94041
   Telephone:  (650) 988-8500
6  Facsimile:   (650) 938-5200

7  Attorneys for Plaintiffs and Counterclaim Defendants
   Advante International Corp. dba Vanteus Academy,
8  Yibin Vickie Zhang and Shin Wei

9  J. JAMES LI (CSB No. 202855)
   lij@howrey.com
10 HOWREY LLP
   1950 University Ave., 4th Floor
11 Palo Alto, CA 94303
   Telephone: (650) 798-3500
12 Facsimile: (650) 798-3600

13 Attorneys for Defendants and Counterclaim
   Plaintiffs Mintel Learning Technology, Inc. and
14 Ningyuan Wayne Yang

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                          SAN JOSE DIVISION

19
   Advante International Corp. dba                 Case No. C 05-01022 JW (RS)
20 Vanteus Academy, an Illinois Corporation,
   and Yibin Vickie Zhang, an individual,          **STIPULATED REQUEST FOR
21                                                 SETTLEMENT CONFERENCE AND
                Plaintiffs,                        [PROPOSED] ORDER**
22
        v.
23                                                 Date:   N/A
   Mintel Learning Technology, Inc., a             Time:   N/A
24 California Corporation, and Ningyuan            Dept:   Courtroom No. 8, 4th Floor
   Wayne Yang, an individual,                      Judge:  Hon. James Ware
25
                Defendants.
26

27 AND RELATED COUNTERCLAIMS.

28

STIPULATED REQUEST FOR SETTLEMENT
CONFERENCE AND [PROPOSED] ORDER                                    CASE NO. C 05-01022 JW (RS)

1  WHEREAS, on November 29, 2006 during a hearing on Advante International
2  Corporation's Second Motion to Compel, Honorable Richard Seeborg, Magistrate Judge in this
3  Court, asked counsel for the parties about the appropriateness of a settlement conference and
4  counsel for both parties responded that such a conference could be fruitful at this time;

5  WHEREAS, Judge Seeborg, the assigned referral Judge in this matter, has expressed a
6  willingness to conduct a settlement conference and the parties agree that such conference is
7  appropriate at this time;

8  THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their
9  respective attorneys of record, that parties participate in a settlement conference with Judge
10  Seeborg as soon as Court's calendar allows in January 2007.

11  IT IS SO STIPULATED:

Respectfully submitted,

Dated: December 1, 2006        FENWICK & WEST LLP

By:   /s  Rodger R. Cole
      Rodger R. Cole

Attorneys for Plaintiffs and Counterclaim Defendants
ADVANTE INTERNATIONAL CORP. dba
VANTEUS ACADEMY, YIBIN VICKIE ZHANG
and SHIN WEI

HOWREY LLP

Dated: December 1, 2006

By:   /s  J. James Li
      J. James Li

Attorneys for Defendants and Counterclaim Plaintiffs
MINTEL LEARNING TECHNOLOGY, INC. and
NINGYUAN WAYNE YANG

1   I hereby attest that I have received J. James Li's concurrence in the e-filing of this
2   document as indicated by the "conformed" signature (/s) above.

3              By:   /s Rodger R. Cole
4                    Rodger R. Cole

7   PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

9   Dated:   12/6/2006                    _____
10                                        The Honorable James Ware
                                          United States District Judge

STIPULATED REQUEST FOR SETTLEMENT
CONFERENCE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER           2           CASE NO. C 05-01022 JW (RS)