RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
C. J. ALICE CHEN (CSB NO. 228556)
achen@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiffs and Counterclaim
Defendants Advante International Corp. dba Vanteus
Academy, Yibin Vickie Zhang and Shin Wei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, an Illinois Corporation, and YIBIN VICKIE ZHANG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California Corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 05-01022 JW (RS)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF ADVANTE INTERNATIONAL CORP.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date: January 22, 2007<br>Time: 9:00 a.m.<br>Dept: Courtroom No. 8, 4th Floor<br>Judge: Hon. James Ware |

This Court, having considered Plaintiffs and Counterclaim Defendants Advante International Corp.'s Administrative Motion to File Under Seal, and good cause appearing therefor, HEREBY ORDERS the following documents or portions of documents to be filed under seal:

[PROPOSED] ORDER RE: ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

CASE NO. C 05-01022 JW (RS)

1. The Unredacted version of Plaintiff Advante International Corp.'s Notice of Motion and Motion to Dismiss for Lack of Subject Matter Jurisdiction, which includes Pages 1:20-21; 2:7-11, 16-17, 22; 3:11-21, 23, 25, n.1; 4:1-2; 5:19, 23-28; 6:1-28; 7:1-5, 11, 13; 8:3-7, 17-18; 9:2-3, 26-27 that contains information that Mintel has designated as "Highly Confidential" pursuant to the Protective Order in this case.

2. The Unredacted version of the Declaration of Rodger R. Cole in Support of Plaintiff Advante International Corp.'s Notice of Motion and Motion to Dismiss for Lack of Subject Matter Jurisdiction, which includes page 1:15-24 that contains information that Mintel has designated as "Highly Confidential" pursuant to the Protective Order in this case.

3. Exhibits C, D, and E to the Declaration of Rodger R. Cole in Support of Plaintiff Advante International Corp.'s Notice of Motion and Motion to Dismiss for Lack of Subject Matter Jurisdiction which are documents and a portion of a deposition transcript that Mintel has designated as "Highly Confidential" pursuant to the Protective Order in this case.

IT IS SO ORDERED.

Dated: Dec 21, 2006

HON. JAMES WARE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

24713/00401/LJT/1260005.5

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL   1   CASE NO. C 05-01022 JW (RS)