J. James Li (SBN 202855, lij@howrey.com)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California  94303
Telephone:  (650) 798-3500
Facsimile:   (650) 798-3600

Attorneys for Defendants and Counterclaimant Mintel Learning Technology, Inc. and Ningyuan Wayne Yang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, and Yibin Vickie Zhang, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>　　　　　Defendants. | Case No. 5:05-CV-01022-JW<br><br>[proposed] ORDER GRANTING MINTEL'S MOTION TO CONTINUE HEARING DATE FOR ADVANTE'S MOTION FOR DIMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>Noticed Date: January 22, 2007<br>Requested Date: February 5, 2007<br><br>Time:　　9:30 a.m.<br>Judge:　Hon. James Ware<br>Place:　Courtroom No. 8, 4th Floor |
| MINTEL LEARNING TECHNOLOGY, INC.<br><br>　　　　　Counterclaimant,<br><br>　　vs.<br><br>ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, YIBIN VICKIE ZHANG, and SHIN WEI,<br><br>　　　　　Counter-Defendants. | |

[proposed] Order Granting Mintel's Motion to Continue Hearing Date　　　　　Case No. 5:05-CV-01022-JW

On December 18, 2006, Plaintiffs and Counter-Defendants Advante International Corp. and Yibin Vickie Zhang filed the Motion for Dismissal for Lack of Subject Matter Jurisdiction ("the Advante Motion"), and noticed the motion for hearing for January 22, 2007.

On December 27, 2006, pursuant to Civ. L.R. 6-3, Defendant and Counterclaimant Mintel Learning Technology ("Mintel") filed the instant Motion to continue the hearing date for the Advante Motion.

Upon reviewing the Motion and the supporting declaration, GOOD CAUSE SHOWING, the Motion is GRANTED. The hearing date for the Advante Motion is reset to February 5, 2007.

IT IS SO ORDERED.

Dated: __December 28, 2006__

Hon. James Ware
United States District Court Judge

HOWREY LLP

-1-

[proposed] Order Granting Mintel's Motion to Continue Hearing Date         Case No. 5:05-CV-01022-JW

DM_US\8424433.v1