1  J. James Li (SBN 202855, lij@howrey.com)
   Christopher Banys (SBN 230038,
2  banysc@howrey.com)
   HOWREY LLP
3  1950 University Avenue, 4th Floor
   East Palo Alto, California  94303
4  Telephone:  (650) 798-3500
   Facsimile:   (650) 798-3600
5
   Attorneys for Defendants and
6  Counterclaimant Mintel Learning
   Technology, Inc. and Ningyuan Wayne
7  Yang

   RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
   RYAN J. MARTON (CSB NO. 223979)
   rmarton@fenwick.com
   C. J. ALICE CHEN (CSB No. 228556)
   achen@fenwick.com
   FENWICK & WEST LLP
   Silicon Valley Center, 801 California Street
   Mountain View, CA  94041
   Telephone: (650) 988-8500
   Facsimile:   (650) 938-5200

   Attorneys for Plaintiffs and Counterclaim
   Defendants
   Advante International Corp. dba Vanteus
   Academy, Yibin Vickie Zhang and Shin Wei

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, and Yibin Vickie Zhang, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>Defendants. | Case No. 5:05-CV-01022-JW<br><br>**STIPULATION TO AMEND SCHEDULING ORDER;**<br><br>[proposed] **ORDER.**<br><br>Date:     N/A<br>Time:    N/A<br>Judge:   Hon. James Ware<br>Place:    Courtroom No. 8, 4th Floor |
| MINTEL LEARNING TECHNOLOGY, INC.<br><br>Counterclaimant,<br><br>vs.<br><br>ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, YIBIN VICKIE ZHANG, and SHIN WEI,<br><br>Counter-Defendants. | |

HOWREY LLP

Stipulation to Amend Scheduling Order

WHEREAS, on December 6, 2006, this Court issued an order amending the scheduling order, under which the last day for hearing on objections to qualifications or proposed testimony of an expert was set for February 26, 2007;

WHEREAS, the deposition of two damage experts in the case, Victor Republicano and David Perry, were scheduled for January 8 and 9, respectively;

WHEREAS, counsel for Mintel Learning Technology, Inc. ("Mintel") had to cancel the deposition of Mr. Perry due to an urgent business matter;

WHEREAS, Mr. Perry cannot sit for the deposition until February 7, 2007 due to scheduling conflict;

WHEREAS, Mr. Perry's deposition is now set for February 8, 2007.

To preserve the right to challenge expert qualification or proposed testimony, the parties agree that this Court should postpone the last day for hearing on objections to qualifications or proposed testimony of an expert and the last day to hear dispositive motions to March 19, 2007.  This new schedule will allow approximately a week of time after the Perry deposition for the party to file their motions to challenge expert qualification or proposed testimony and dispositive motions.

IT IS HEREBY AGREED AND STIPULATED by and between the parties, through their respective attorneys of record, that there is good cause for amending the current scheduling order as follows:

| Action | Current Date | Revised Date |
| --- | --- | --- |
| Last Day to file dispositive motions | January 29, 2007 | February 12, 2007 |
| Last day for hearing on objections to qualifications or proposed testimony of an expert | February 26, 2007 | March 19, 2007 |
| Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order due | March 2, 2007 | March 2, 2007 |
| Hearing for dispositive motions | March 5, 2007 | March 19, 2007 |
| Pretrial and Trial Setting Conference | March 12, 2007 at 11:00 a.m. | March 12, 2007 at 11:00 a.m. |

**HOWREY LLP**

Stipulation to Amend Scheduling Order

| Trial | March 19-30, 2007, or earliest time available thereafter | March 19-30, 2007, or earliest time available thereafter |

HOWREY LLP

Dated: January 17, 2006

By:   /s/ J. James Li
     J. James Li

Attorneys for Defendants and Counterclaim Plaintiffs MINTEL LEARNING TECHNOLOGY, INC. and NINGYUAN WAYNE YANG

FENWICK & WEST LLP

Dated: January 17, 2006

By:   /s/ Rodger R. Cole
     Rodger R. Cole

Attorneys for Plaintiffs and Counterclaim Defendants ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, YIBIN VICKIE ZHANG and SHIN WEI

    I hereby certify that Mr. Rodger Cole has authorized my affixing his e-signature to this document.

    /s/ J. James Li
    J. James Li

PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS SO ORDERED.

Dated:   January 18 2007

Hon. James Ware
United States District Judge

HOWREY LLP

Stipulation to Amend Scheduling Order