**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10   Advante International Corporation, et al.,        NO. C 05-01022 JW
                                                       Related Case NO. C 06-4994 JW
11                    Plaintiff,
                                                       **ORDER CONTINUING HEARING ON**
12        v.                                           **MOTIONS AND CASE MANAGEMENT**
                                                       **CONFERENCE**
     Mintel Learning Technology, Inc., et al.,
13
                      Defendants.
14   _____/

15        On the Court's own motion, the hearing on Defendant's Motion to Dismiss in case No. 05-

16   1022, and the case management conference in case No. 06-4994 is continued from February 5, 2007

17   to **February 12, 2007** at 9 a.m. and 10 a.m., respectively.

18

19   Dated:  January 29, 2007

20                                                     _____
                                                       JAMES WARE
                                                       United States District Judge
21

22

23

24

25

26

27

28

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Brian Wesley Carver bcarver@fenwick.com
    Chien-Ju Alice Chuang achuang@fenwick.com
3   J. James Li lij@howrey.com
    Rodger R. Cole rcole@fenwick.com
4   Ryan Jared Marton rmarton@fenwick.com
    Songmee L. Connolly Sconnolly@Fenwick.com
5

6   **Dated:  January 29, 2007**                    **Richard W. Wieking, Clerk**

7

8                                                   **By:  /s/ JW Chambers**
                                                         **Elizabeth Garcia**
9                                                        **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California