RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
C. J. ALICE CHUANG (CSB NO. 228556)
achuang@fenwick.com
BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiffs and Counterclaim
Defendants Advante International Corp. dba Vanteus
Academy, Yibin Vickie Zhang and Shin Wei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, an Illinois Corporation, and YIBIN VICKIE ZHANG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California Corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C 05-01022 JW (RS)<br><br>**[PROPOSED] ORDER GRANTING ADVANTE INTERNATIONAL CORP. AND YIBIN VICKIE ZHANG'S UNOPPOSED MOTION TO CONTINUE HEARING DATE FOR MINTEL LEARNING TECHNOLOGY'S MOTION FOR SUMMARY JUDGMENT ON THE SECOND AND THIRD CLAIMS FOR RELIEF**<br><br>Dept:     Courtroom No. 8, 4th Floor<br>Judge:   Hon. James Ware |

1   On January 22, 2007, Defendants and Counterclaimants Mintel Learning Technology and Ningyuan Wayne Yang filed the Motion for Summary Judgment on the Second and Third Claims for Relief ("the Mintel Motion"), and noticed the motion for hearing on February 26, 2007.

On January 31, 2007, pursuant to Civ. L.R. 6-3, Plaintiffs and Counter-Defendants Advante International Corp. and Yibin Vickie Zhang ("Advante") filed the instant Motion to continue the hearing date for the Mintel Motion.

Upon reviewing the Motion and the supporting declaration, GOOD CAUSE SHOWING, the Motion is GRANTED. The hearing date for the Mintel Motion is reset to March 5, 2007.

IT IS SO ORDERED.

Dated: __February 1, 2007__                    _____
                                               HON. JAMES WARE
                                               UNITED STATES DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA

24713/00401/LIT/1262279.1

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL    1    CASE NO. C 05-01022 JW (RS)

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW