1  RODGER R. COLE (CSB NO. 178865)
   rcole@fenwick.com
2  RYAN J. MARTON (CSB NO. 223979)
   rmarton@fenwick.com
3  C. J. ALICE CHUANG (CSB NO. 228556)
   achuang@fenwick.com
4  BRIAN W. CARVER (CSB NO. 244878)
   bcarver@fenwick.com
5  FENWICK & WEST LLP
   Silicon Valley Center
6  801 California Street
   Mountain View, CA  94041
7  Telephone: (650) 988-8500
   Facsimile:  (650) 938-5200
8
   Attorneys for Plaintiffs and Counterclaim
9  Defendants Advante International Corp. dba Vanteus
   Academy, Yibin Vickie Zhang and Shin Wei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, an Illinois Corporation, and YIBIN VICKIE ZHANG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California Corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C 05-01022 JW (RS)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF ADVANTE INTERNATIONAL CORP. AND YIBIN VICKIE ZHANG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Dept:     Courtroom No. 8, 4th Floor<br>Judge:   Hon. James Ware |

This Court, having considered Plaintiffs and Counterclaim Defendants Advante International Corp. and Yibin Vickie Zhang's Administrative Motion to File Under Seal, and good cause appearing therefor, HEREBY ORDERS the following documents or portions of documents to be filed under seal:

1.   The portions of Plaintiff Advante International Corp.'s Reply to Mintel's Opposition to Advante's Motion to Dismiss for Lack of Subject Matter Jurisdiction that contain information that Mintel has designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order in this case, including:

  a.   Page 1, lines 1-20, 22-25, 27-28

  b.   Page 2, lines 1-3, 19-21, 23-24, 28

  c.   Page 3, lines 1-28

  d.   Page 4, lines 1-28

  e.   Page 5, lines 1-9, 11, 16-28

  f.   Page 6, lines 1-2, 7-20, 22-28

  g.   Page 7, lines 1-4, 6-7, 13-15, 19-22, 24-28

  h.   Page 8, lines 1-21, 23-28

  i.   Page 9, lines 1-19, 22-28

  j.   Page 10, lines 1-8, 12

  k.   Page 11, lines 7-10, 12-14, 18

  l.   Page 12, lines 16-19

  m.   Page 13, lines 8-13, 15-23

  n.   Page 14, lines 2-3

2.   The portions of the Declaration of Rodger R. Cole in Support of Plaintiff Advante International Corp.'s Reply to Mintel's Opposition to Advante's Motion to Dismiss for Lack of Subject Matter Jurisdiction that contain information that Mintel has designated as "Confidential" or "Highly Confidential" pursuant to the Protective Order in this case, including:

  a.   Page 1, lines 13-14

  b.   Page 2, lines 4-5, 7-8, 10-12, 15, 16-17

  c.   Page 3, lines 4-7, 11.

3.   Exhibits A, B, C, H, I, and J to the Declaration of Rodger R. Cole in Support of Plaintiff Advante International Corp.'s Reply to Mintel's Opposition to Advante's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL   1   CASE NO. C 05-01022 JW (RS)

1  IT IS SO ORDERED.

2

3  Dated: ~~January ___,~~ February 12, 2007 ~~2007~~

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  24713/00401/LIT/1261776.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL    2    CASE NO. C 05-01022 JW (RS)