COPY

1  J. James Li (SBN 202855, lij@howrey.com)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, California 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4
   Attorneys for Defendants and Counterclaimant Mintel Learning
5  Technology, Inc. and Ningyuan Wayne Yang

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

| | |
|---|---|
| 12  ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, and Yibin Vickie 13  Zhang, an individual, <br><br> 14             Plaintiffs, <br><br> 15       vs. <br><br> 16  MINTEL LEARNING TECHNOLOGY, INC., a California corporation, and NINGYUAN 17  WAYNE YANG, an individual, <br><br> 18             Defendants. | Case No. 5:05-CV-01022-JW <br><br> [proposed] ORDER GRANTING MINTEL LEARNING TECHNOLOGY INC.'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS <br><br> Date:  February 26, 2007 <br> Time:  9:00 a.m. <br> Judge: Hon. James Ware <br> Place: Courtroom No. 8, 4th Floor |
| 19 <br> 20  MINTEL LEARNING TECHNOLOGY, INC. <br><br> 21             Counterclaimant, <br><br> 22       vs. <br><br> 23  ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, YIBIN VICKIE ZHANG, and SHIN WEI. <br><br> 24             Counter-Defendants | |

25

26

27

28

---

[Propposed] Order for Motion to Seal Documents

1  On January 22, 2007, Mintel Learning Technology files its Administrative Motion to Seal
2  Documents. Upon reviewing the motion, good cause showing, the motion is GRANTED.
3
4  IT IS SO ORDERED.
5
6
7  Dated: ___Feb 12___, 2007         *James Ware* (signature)
                                     Hon. James Ware
8                                    United States Magistrate Judge