J. James Li (SBN 202855) *lij@howrey.com*
Marilee C. Wang (SBN 232432) *wangm@howrey.com*
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Attorneys for Defendants and Counterclaimant Mintel Learning Technology, Inc. and Ningyuan Wayne Yang

CHAMBERS COPY

FILED

MAR 0 9 2007

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, and YIBIN VICKIE ZHANG, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>  Defendants.<br><br>MINTEL LEARNING TECHNOLOGY, INC.<br><br>  Counterclaimant,<br><br>vs.<br><br>ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, YIBIN VICKIE ZHANG, and SHIN WEI.<br><br>  Counter-Defendants | Case No. 5:05-CV-01022-JW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT MINTEL LEARNING TECHNOLOGY, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date:    March 19, 2007<br>Time:    9:00 a.m.<br>Judge:   Hon. James Ware<br>Place:   Courtroom 8, 4th Floor |

378

The Court, having considered Defendant and Counterclaimant Mintel Learning Technology, Inc.'s Administrative Motion to File Under Seal, hereby orders the following documents to be filed under seal:

1. The unredacted version of Mintel's Opposition to Advante's Motion to Exclude Testimony of Mintel's Experts Victor Republicano, Jr. and Gordon Pelton. The information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

2. Exhibits 1, 3, 5, 6, 7 to the Declaration of J. James Li, Ph.D. in Support of Mintel's Opposition to Advante's Motion to Exclude Testimony of Mintel's Experts Victor Republicano, Jr. and Gordon Pelton.

3. The unredacted version of the Declaration of Ningyuan Wayne Yang, Ph.D. in Support of Mintel's Opposition to Advante's Motion to Exclude Testimony of Mintel's Experts Victor Republicano, Jr. and Gordon Pelton.

4. Exhibits A, B, and C to the Declaration of Ningyuan Wayne Yang, Ph.D. in Support of Mintel's Opposition to Advante's Motion to Exclude Testimony of Mintel's Experts Victor Republicano, Jr. and Gordon Pelton..

5. The unredacted version of the Declaration of Qi Yu in Support of Mintel's Opposition to Advante's Motion to Exclude Testimony of Mintel's Experts Victor Republicano, Jr. and Gordon Pelton.

IT IS SO ORDERED.

Dated: 3/7, 2007

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

DM_US:20229341_1