RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
C. J. ALICE CHUANG (CSB NO. 228556)
achuang@fenwick.com
BRIAN W. CARVER (CSB NO. 244878)
bcarver@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiffs and Counterclaim
Defendants Advante International Corp. dba Vanteus
Academy, Yibin Vickie Zhang and Shin Wei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, an Illinois Corporation, and YIBIN VICKIE ZHANG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California Corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C 05-01022 JW (RS)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF ADVANTE INTERNATIONAL CORP. AND YIBIN VICKIE ZHANG'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Dept:     Courtroom No. 8, 4th Floor<br>Judge:   Hon. James Ware |

This Court, having considered Plaintiffs and Counterclaim Defendants Advante International Corp. and Yibin Vickie Zhang's Administrative Motion to File Under Seal, and good cause appearing therefor, HEREBY ORDERS the following documents or portions of documents to be filed under seal:

1.      The unredacted version of Advante International Corp.'s Consolidated Opposition to Mintel's Motion to Exclude the Supplemental Expert Report of David Klausner and Mintel's Motion to Exclude the Updated Expert Report of David R. Perry.  The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

2.      The unredacted version of the Declaration of David Klausner in Support of Advante International Corp.'s Consolidated Opposition to Mintel's Motion to Exclude the Supplemental Expert Report of David Klausner and Mintel's Motion to Exclude the Updated Expert Report of David R. Perry.  The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

3.      The unredacted version of the Declaration of David R. Perry in Support of Advante International Corp.'s Consolidated Opposition to Mintel's Motion to Exclude the Supplemental Expert Report of David Klausner and Mintel's Motion to Exclude the Updated Expert Report of David R. Perry.  The limited amount of information to be placed under seal is clearly indicated by redactions on the publicly-filed copy.

4.      Exhibits 1, 2 and 6 to the Declaration of Rodger R. Cole in Support of Advante International Corp.'s Consolidated Opposition to Mintel's Motion to Exclude the Supplemental Expert Report of David Klausner and Mintel's Motion to Exclude the Updated Expert Report of David R. Perry.

5.      Exhibit B to the Declaration of David Klausner in Support of Advante International Corp.'s Consolidated Opposition to Mintel's Motion to Exclude the Supplemental Expert Report of David Klausner and Mintel's Motion to Exclude the Updated Expert Report of David R. Perry.

IT IS SO ORDERED.

Dated:  _____March 7_____, 2007

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA