J. James Li (SBN 202855, lij@howrey.com)
Anne M. Ortel (SBN 212044, ortela@howrey.com)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600

Attorneys for Defendants and Counterclaimant Mintel Learning Technology, Inc. and Ningyuan Wayne Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, and Yibin Vickie Zhang, an individual,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>　　　　Defendants.<br><br>MINTEL LEARNING TECHNOLOGY, INC.<br><br>　　　　Counterclaimant<br><br>　　vs.<br><br>ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, YIBIN VICKIE ZHANG, and SHIN WEI,<br><br>　　　　Counter-Defendants | Case No. 5:05-CV-01022-JW<br><br>**MINTEL'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS AND [PROPOSED] ORDER**<br><br>Date:　　March 19, 2007<br>Time:　　9:00 a.m.<br>Judge:　　Hon. James Ware<br>Place:　　Courtroom No. 8, 4th Floor |

Mintel's Motion to Seal and [PROPOSED] Order

Case No. 5:05-CV-01022

1   Pursuant to Civ. L.R. 79-5 and 7-11, Defendant and Counterclaimant Mintel Learning
2   Technology hereby requests this Court to seal the following documents to protect the parties' trade
3   secrets and other confidential information of the parties under the Protective Order issued in this case:
4     1.   Mintel's Reply in support of Motion for Summary Judgment, 4:4-6:13.
5     2.   Exhibit 1 to Supplemental Declaration of Ningyuan Wayne Yang in support of Mintel's
6   Motion for Summary Judgment.
7     3.   Exhibit 1 to Declaration of Qi Yu in support of Mintel's Motion for Summary
8   Judgment.
9     4.   Exhibits 6-17, 19, and 20 to the Supplemental Declaration of J. James Li in support of
10  Mintel's Motion for Summary Judgment.
11     These documents are production documents marked "confidential" or "highly confidential"
12  under the Protective Order in this case.
13  Dated: March 5, 2007              HOWREY, LLP
14
15                        /s/ J. James Li, Ph.D.
                        By:  J. James Li, Ph.D.
16
                        Attorneys for Defendants and Counterclaimant
17                      MINTEL LEARNING TECHNOLOGY, INC. AND
                        NINGYUAN WAYNE YANG
18
19
20     Upon reviewing the Motion, GOOD CAUSE SHOWING, the Motion is GRANTED.
21     IT IS SO ORDERED.
22
23
    Date: 3/7/2007
24
                        _____
25                      Hon. James Ware
                        United States District Judge
26
27
28