IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advante International Corporation, et al., | NO. C 05-01022 JW<br>Related Case No. 06-04994 |
| Plaintiffs, | |
| v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| Mintel Learning Technology, Inc., et al., | |
| Defendants. | |

At a hearing on April 19, 2007, the Court specially set a case management conference which was later moved to June 5, 2007. On its own motion, the Court **VACATES** the case management conference presently scheduled for **June 5, 2007.** The Court will set a case management conference in its order addressing the various motions under submission.

Dated: May 18, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Wesley Carver bcarver@fenwick.com
Chien-Ju Alice Chuang achuang@fenwick.com
J. James Li lij@howrey.com
Rodger R. Cole rcole@fenwick.com
Ryan Jared Marton rmarton@fenwick.com
Songmee L. Connolly Sconnolly@Fenwick.com

| | |
|---|---|
| **Dated:  May 18, 2007** | **Richard W. Wieking, Clerk** |
| | By:  **/s/ JW Chambers**  |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

United States District Court
For the Northern District of California