**\*E-FILED 5/23/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. et al., | NO. C 05-01022 JW (RS) |
| Plaintiffs, | **ORDER GRANTING MOTION TO COMPEL** |
| v. | |
| MINTEL LEARNING TECHNOLOGY, et al., | |
| Defendants. | |

Defendant Mintel Learning Technology moves to compel plaintiff Advante International Corp. to produce emails exchanged between James Liu, its former CEO, and his counsel, Shawn Leuthold of the Bergeson, LLP, law firm[1]. The Court finds this matter suitable for disposition without oral argument, pursuant to Local Rule 7-1 (b).

The emails at issue were all undisputedly either copied, blind-copied, or forwarded to a principal of Advante, Shin Wei, and were found on his hard drive in connection with an inspection conducted by prior order of this Court. See Order entered November 21, 2006 (Docket No. 209). In opposition to the motion, Advante argues: (1) it lacks authority to waive attorney-client privilege of a third party, and (2) disclosure of attorney-client communications to a person other than the client does not always automatically result in waiver of the privilege. Although Advante may be correct that a finding of waiver does not automatically flow from disclosure to a third party, Advante has

---

[1] This action has given rise to numerous law and motion proceedings and orders, both as to discovery issues and as to substantive issues heard by the presiding judge. The factual background, therefore, will not be repeated here.

1

1  failed to show how the disclosure to Shin Wei of the communications between James Liu and his
2  counsel operated as anything but a waiver of any privilege that otherwise might attach.
3  Accordingly, good cause appearing, IT IS ORDERED THAT:
4      (1) On May 30, 2007, Advante shall produce copies of the emails in dispute.
5      (2) If, prior to 5:00 p.m. on May 29, 2007, James Liu files a motion herein for relief from
6  this order, Advante's obligation to produce the emails shall be stayed, pending further order of the
7  Court.
8      (3) This Order is made without prejudice to any argument that James Liu lacks standing to
9  seek relief herein or that he waived any right to contest production of the emails by not seeking relief
10 at an earlier time.
11 IT IS SO ORDERED.
12
13 Dated: May 23, 2007                              RICHARD SEEBORG
                                            United States Magistrate Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Christopher Banys    banysc@howrey.com, banysc@howrey.com; melendyk@howrey.com

Brian Wesley Carver    bcarver@fenwick.com, rlopez@fenwick.com

Chien-Ju Alice Chuang    achuang@fenwick.com, dyoungman@fenwick.com

Rodger R. Cole    rcole@fenwick.com, vpieretti@fenwick.com

Songmee L. Connolly    SConnolly@Fenwick.com, lrubinstein@fenwick.com

J. James Li    lij@howrey.com, schwabs@howrey.com; sflitigationdocketing@howrey.com

Ryan Jared Marton    rmarton@fenwick.com

Anne Miki Ortel    ortela@howrey.com, melendyk@howrey.com

Marilee Chan Wang    wangm@howrey.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 5/23/07**                                                                 **Chambers of Judge Richard Seeborg**

**By:**      **/s/ BAK**

**United States District Court**
For the Northern District of California