***E-FILED 7/2/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. et al., | NO. C 05-01022 JW (RS) |
| Plaintiffs, | **ORDER GRANTING "ADMINISTRATIVE MOTION" RE INADVERTENTLY PRODUCED MATERIALS AND DENYING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY** |
| v. | |
| MINTEL LEARNING TECHNOLOGY, et al., | |
| Defendants. | |

Presently set for hearing on July 11, 2007 is Advante's "administrative motion" seeking the return of three CDs it produced on May 1, 2007, on grounds that the CDs inadvertently included attorney-client privileged documents.[1] The Court finds the matter for suitable for disposition without oral argument, pursuant to Civil Local Rule 7-1 (b).

The sole issue presented by the motion is whether or not the circumstances of Advante's production of the CDs constituted a waiver of attorney-client privilege as to any of their contents.[2] Advante has filed declarations describing how the error occurred and establishing that it was inadvertent. Mintel's opposition offers no substantial argument that Advante should or could be

---

[1] In its first order addressing this motion, the Court noted that Advante was seeking substantive relief beyond the scope of Local Civil Rule 7-11 ("Motion for Administrative Relief"). Under the circumstances, however, the motion was deemed to have been brought pursuant to Rules 6-3 and 7-1.

[2] The original CDs have now been returned to Advante by prior order. If a waiver of privilege resulted from the May 1, 2007 production, Advante would be ordered to re-produce the documents at issue.

1

1 found to have waived attorney-client privilege as a result of the circumstances of the production of
2 the CDs on May 1, 2007. Instead, Mintel primarily argues it should be permitted to obtain certain of
3 the withheld documents, or perhaps all of them, under the crime-fraud exception to attorney-client
4 privilege. Mintel also raises various complaints about Advante's prior document productions. None
5 of those matters is properly before the Court in this motion.

6 Accordingly, good cause appearing, the motion is granted. The Court finds that the
7 production of materials on the three CDs as to which a claim of privilege is made was inadvertent
8 and did not constitute a waiver. None of the documents on those CDs that has not subsequently
9 been re-produced shall be used during any deposition or trial. Mintel's counsel shall promptly
10 confirm in writing that any analyses, memoranda, or notes that were internally generated based upon
11 such inadvertently produced information have been deleted or destroyed.

12 The Court previously advised Mintel that it should be prepared to address at the hearing its
13 apparent violation of the Court's May 15, 2007 order forbidding any accessing of the original CDs.
14 Advante also argues that Mintel's conduct prior to that order violated the terms of the protective
15 order herein. Although those matters arguably are within the scope of the pending motion, Advante
16 has not sought any particular relief relating to the apparent violations beyond what it has already
17 been granted. The Court declines to take further action at the present juncture, but reserves the right
18 to do so in the future.

19 Mintel's administrative motion filed on June 29, 2007, seeking leave to file a surreply and
20 other relief is denied. As noted above, the Court has not reached or decided Mintel's claims that it
21 is entitled to documents by virtue of the crime-fraud exception or its other complaints regarding
22 document production.

23 IT IS SO ORDERED.

24 Dated: July 2, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Christopher Banys     banysc@howrey.com, melendyk@howrey.com

Brian Wesley Carver     bcarver@fenwick.com, rlopez@fenwick.com

Chien-Ju Alice Chuang     achuang@fenwick.com, dyoungman@fenwick.com

Rodger R. Cole     rcole@fenwick.com, vpieretti@fenwick.com

Songmee L. Connolly     SConnolly@Fenwick.com, lrubinstein@fenwick.com

J. James Li     lij@howrey.com, schwabs@howrey.com, sflitigationdocketing@howrey.com, wangm@howrey.com

Ryan Jared Marton     rmarton@fenwick.com

Anne Miki Ortel     ortela@howrey.com, melendyk@howrey.com

Marilee Chan Wang     wangm@howrey.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 7/2/07**                                                **Chambers of Judge Richard Seeborg**

**By:**     **/s/ BAK**