*E-FILED 8/9/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. et al., | NO. C 05-01022 JW (RS) |
| Plaintiffs, | **ORDER RE MOTION TO COMPEL** |
| v. | |
| MINTEL LEARNING TECHNOLOGY, et al., | |
| Defendants. | |

Defendant Mintel Learning Technology moves to compel plaintiff Advante International Corp. to produce various further discovery in a number of areas. The Court finds this matter suitable for disposition without oral argument, pursuant to Civil Local Rule 7-1 (b).[1] Although Mintel's motion originally raised additional issues, it appears only the following remain to be addressed:

1. Mintel seeks an order setting a deadline for the further depositions of depositions of Shin Wei and Vickie Zhang. Advante had taken the position that those depositions should await the completion of its production of documents from the Court-ordered forensic computer inspection in the interests of efficiency. As that production should now be complete or nearly so, the depositions shall be scheduled as promptly as practicable, and in no event later than 30 days after the date of this order, unless the parties otherwise agree.

---

[1] This action has given rise to substantial discovery motion practice as well as other motions. Because the background of the case has been discussed in many prior orders, it will not be repeated here, and the discussion of the present issues will otherwise be abbreviated.

1

2. Mintel seeks an order setting a deadline for the completion of Advante's production of documents from the disk inspection. Apparently the production is now complete and this issue is therefore moot. If it is not, Advante shall submit a letter to the Court within 3 court days of the date of this order setting forth what remains to be produced and when it expects to be able to complete the production.

3. Mintel seeks leave to take depositions of six additional persons. Good cause appearing, Mintel may take two additional days (fourteen hours) of depositions, to be allocated among the proposed deponents as Mintel sees fit. While the Court will not prohibit Mintel from deposing Attorney Leuthold at this time, Mintel is discouraged from using any of the additional fourteen hours to do so. Even though Mintel may be correct that the general policy against deposing opposing litigation counsel may not be implicated by these circumstance, issues of attorney-client privilege are likely to predominate and render any deposition of Leuthold of limited value. That the privilege has been waived to some extent in connection with the emails copied to Shin Wei is not dispositive, given the likelihood that questions will arise as to the effect and scope of that waiver. Those depositions shall be scheduled as promptly as practicable, and in no event later than 30 days after the date of this order, unless the parties otherwise agree.

IT IS SO ORDERED.

Dated: 8/9/07

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Christopher Banys     banysc@howrey.com, melendyk@howrey.com

Brian Wesley Carver     bcarver@fenwick.com, rlopez@fenwick.com

Chien-Ju Alice Chuang     achuang@fenwick.com, dyoungman@fenwick.com

Rodger R. Cole     rcole@fenwick.com, vpieretti@fenwick.com

Songmee L. Connolly     SConnolly@Fenwick.com, lrubinstein@fenwick.com

J. James Li     lij@howrey.com, schwabs@howrey.com, sflitigationdocketing@howrey.com, wangm@howrey.com

Ryan Jared Marton     rmarton@fenwick.com

Anne Miki Ortel     ortela@howrey.com, melendyk@howrey.com

Marilee Chan Wang     wangm@howrey.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/9/07**                                                                 **Chambers of Judge Richard Seeborg**

**By:**     /s/ BAK