1 | STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
2 | JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
3 | HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT,
203 Redwood Shores Pkwy., Ste. 480
4 | Redwood City, California  94065
Telephone:  650.637.9100
5 | Facsimile:  650.637.8071

6 | Attorneys for Plaintiffs and Cross-Defendants
ADVANTE INTERNATIONAL CORP., dba VANTEUS ACADEMY,
7 | Yibin Vickie Zhang and Shin Wei

IT IS SO ORDERED
AS MODIFIED
Judge James Ware
8/28/2007

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

ADVANTE INTERNATIONAL CORP., dba
12 | VANTEUS ACADEMY, an Illinois Corporation,
and YIBIN VICKIE ZHANG, and individual,
13

Plaintiff,
14

15 | v.

MINTEL LEARNING TECHNOLOGY, INC., a
16 | California Corporation, and NINGYUAN
WAYNE YANG, an individual,
17

Defendants.
18

19 | AND RELATED COUNTERCLAIMS

20

CASE NO.  C05-01022 JW (RS)

**STIPULATION AND [PROPOSED]
ORDER TO CONTINUE THE HEARING
ON MINTEL'S MOTION FOR
SANCTIONS AND REQUESTS FOR
DISMISSAL, DEFAULT JUDGMENT,
COSTS AND ATTORNEYS FEES**

**Date:**      **September 24, 2007**
**Time:**      **9:00 a.m.**
**Dept:**      **Courtroom 8, 4th Floor**
**Judge:**    **Hon. James Ware**

21 |     All parties, by and through their respective counsel, hereby stipulate to continue the hearing

22 | on Mintel's Motion for Sanctions Against Advante International Corp. ("Advante") for Fraudulent

23 | Litigation Conduct; Request for Dismissal of Advante's Claims, for Default Judgment on Mitnel's

24 | Counter-Claims and for Costs and Attorneys Fees, currently set for hearing on September 24, 2007,

25 | to October 29, 2007 as follows:

26 |

**I.
RECITALS**

27

28 |     1.    On or about July 9, 2007, Mintel Learning Technology, Inc. ("Mintel") filed its

145103             - 1 -

1  Motion for Sanctions for Fraudulent Litigation Conduct; Request for Dismissal of Advante's Claims,

2  for Default Judgment on Mitnel's Counter-Claims and for Costs and Attorneys Fees;

3       2.      Advante filed a Motion Requesting Enforcement of Protective Order seeking to

4  remove Mintel's Motion for Sanctions from the Court's docket;

5       3.      On August 16, 2007, the Court granted Advante's motion and issued an Order which

6  stated in part: "The Clerk shall remove Mintel's Motion, Docket Item No. 543, form the Court's

7  docket.  Mintel may refile its motion, so long as the public version is <u>adequately redacted</u> and

8  exhibits 12, 86 and 89 are resubmitted under seal."

9       4.      On or about August 13, 2007, Advante filed its Substitution of Attorneys substituting

10  Hayes Davis Bonino Ellingson McLay & Scott, LLP as its counsel in place of Fenwick & West,

11  LLP.

12       5.      On August 20, 2007, Mintel re-filed its motion for sanctions;

13       6.      On August 21, 2007, new counsel for Advante requested a continuance of the

14  hearing on the motion in order to familiarize itself with the new file;

15       7.      On August 21, 2007, counsel for Mintel agreed to a 30-day continuance.

16       Accordingly, the parties hereby stipulate to continuing the hearing on Mintel's motion for

17  sanctions as follows:

18
## II.
## STIPULATION

19

20       IT IS HEREBY STIPULATED by and between all parties, by and through their respective

21  counsel, that the hearing on Mintel's Motion for Sanctions Against Advante for Fraudulent

22  Litigation Conduct; Request for Dismissal of Advante's Claims, for Default Judgment on Mitnel's

23  Counter-Claims and for Costs and Attorneys Fees, currently set for hearing on September 24, 2007,

24  be continued to October 29, 2007.

25  / / /

26  / / /

27  / / /

28  / / /

1   Dated:  August 22, 2007                    HAYES DAVIS BONINO ELLINGSON
2                                              McLAY & SCOTT, LLP

3

4                                              By: _____
                                               STEPHEN P. ELLINGSON
5                                              JAMIE A. RADACK
                                               Attorney for Defendants
6                                              ADVANTE INTERNATIONAL CORP., SHIN
                                               WEI and YIBIN VICKIE ZHANG
7   Dated:  August 27, 2007                    HOWERY, LLP
8

9

10                                             By: _____
                                               J. JAMES LI
11                                             CHRISTOPHER BANYS
                                               MARILEE C. WANG
12                                             Attorney for Defendants
                                               ADVANTE INTERNATIONAL CORP., SHIN
13                                             WEI and YIBIN VICKIE ZHANG

14

15                                  [PROPOSED] ORDER

16          Pursuant to the parties' stipulation, the hearing on Mintel's Motion for Sanctions Against

17   Advante for Fraudulent Litigation Conduct; Request for Dismissal of Advante's Claims, for Default

18   Judgment on Mitnel's Counter-Claims and for Costs and Attorneys Fees, currently set for hearing on

19   September 24, 2007, shall be and hereby is continued to November 19, 2007 at 9:00 AM

20   Dated: ___August 28__, 2007          _____
                                               HONORABLE JAMES WARE
21                                             UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28

145103                          - 3 -