STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Plaintiffs and Cross-Defendants
ADVANTE INTERNATIONAL CORP., dba VANTEUS ACADEMY,
Yibin Vickie Zhang and Shin Wei

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP., dba VANTEUS ACADEMY, an Illinois Corporation, and YIBIN VICKIE ZHANG, and individual,<br><br>Plaintiff,<br><br>v.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California Corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>Defendants. | CASE NO.  C05-01022 JW (RS)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON MINTEL'S MOTION FOR SANCTIONS AND REQUESTS FOR DISMISSAL, DEFAULT JUDGMENT, COSTS AND ATTORNEYS FEES<br><br>Date:   November 19, 2007<br>Time:   9:00 a.m.<br>Dept:   Courtroom 8, 4th Floor<br>Judge:  Hon. James Ware |
| AND RELATED COUNTERCLAIMS | |

All parties, by and through their respective counsel, hereby stipulate to continue the hearing on Mintel's Motion for Sanctions Against Advante International Corp. ("Advante") for Fraudulent Litigation Conduct; Request for Dismissal of Advante's Claims, for Default Judgment on Mintel's Counter-Claims and for Costs and Attorneys Fees, currently set for hearing on November 19, 2007, to December 3, 2007, as follows:

**I.
RECITALS**

1. On or about July 9, 2007, Mintel Learning Technology, Inc. ("Mintel") filed its

Motion for Sanctions for Fraudulent Litigation Conduct; Request for Dismissal of Advante's Claims, for Default Judgment on Mintel's Counter-Claims and for Costs and Attorneys Fees;

2. Advante filed a Motion Requesting Enforcement of Protective Order seeking to remove Mintel's Motion for Sanctions from the Court's docket;

3. On August 16, 2007, the Court granted Advante's motion and issued an Order which stated in part: "The Clerk shall remove Mintel's Motion, Docket Item No. 543, form the Court's docket. Mintel may refile its motion, so long as the public version is <u>adequately redacted</u> and exhibits 12, 86 and 89 are resubmitted under seal."

4. On or about August 13, 2007, Advante filed its Substitution of Attorneys substituting Hayes Davis Bonino Ellingson McLay & Scott, LLP as its counsel in place of Fenwick & West, LLP.

5. On August 20, 2007, Mintel re-filed its motion for sanctions;

6. On August 21, 2007, counsel for Mintel agreed to a 30-day continuance and the parties filed a stipulation to continue the hearing date to October 29, 2007;

7. Pursuant to the stipulation of the parities, the Court re-set the hearing on Mintel's motion. However, it did not schedule the hearing for October 29, 2007, the date set forth in the stipulation. Rather, the Court scheduled the hearing for November 19, 2007;

8. Several months before the Court set the hearing for November 19, 2007, counsel for Advante, Stephen P. Ellingson, had scheduled and paid for a vacation to Hawaii from November 14 through November 21, 2007. When the Court re-scheduled the hearing on the motion for sanctions, Mr. Ellingson did not immediately recognize that it fell in the middle of his vacation;

9. On Tuesday, October 9, 2007, while reviewing his calendar, Mr. Ellingson realized for the first time that the hearing date was during his vacation. The next morning, he contacted Mintel's counsel and requested the instant stipulation to continue the hearing date because he is unable to attend the hearing on November 19, 2007;

10. Mintel's counsel agreed to the continuance on Friday, October 12, 2007;

11. The parties have checked the Court's calendar, which indicates that the next available hearing date is December 3, 2007;

9. As such, the parties agree to continue the hearing date to December 3, 2007.

Accordingly, the parties hereby stipulate to continuing the hearing on Mintel's motion for sanctions as follows:

## II.
## STIPULATION

IT IS HEREBY STIPULATED by and between all parties, by and through their respective counsel, that the hearing on Mintel's Motion for Sanctions Against Advante for Fraudulent Litigation Conduct; Request for Dismissal of Advante's Claims, for Default Judgment on Mintel's Counter-Claims and for Costs and Attorneys Fees, currently set for hearing on November 19, 2007, be continued to December 3, 2007.

Dated: October 12, 2007            HAYES DAVIS BONINO ELLINGSON
                                    McLAY & SCOTT, LLP


                                    By:         //S//
                                        STEPHEN P. ELLINGSON
                                        JAMIE A. RADACK
                                        Attorney for Plaintiffs
                                        ADVANTE INTERNATIONAL CORP., SHIN
                                        WEI and YIBIN VICKIE ZHANG


Dated: October 12, 2007            HOWERY, LLP


                                    By:         //S//
                                        J. JAMES LI
                                        CHRISTOPHER BANYS
                                        MARILEE C. WANG
                                        Attorney for Defendants
                                        MINTEL LEARNING TECHNOLOGY, INC.
                                        and NINGYAN WAYNE YANG

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the parties' stipulation, the hearing on Mintel's Motion for Sanctions Against |
| 3 | Advante for Fraudulent Litigation Conduct; Request for Dismissal of Advante's Claims, for Default |
| 4 | Judgment on Mintel's Counter-Claims and for Costs and Attorneys Fees, currently set for hearing |
| 5 | on November 19, 2007, is hereby continued to December 3, 2007. |
| 6 | This is the parties' final continuance.<br>Dated: __October 22_, 2007 |
| 7 | _____<br>HONORABLE JAMES WARE<br>UNITED STATES DISTRICT COURT JUDGE |