J. James Li (SBN 202855, lij@gtlaw.com)
Greenberg Traurig, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: (650) 328-8508
Facsimile: (650) 289-7983

Attorneys for Defendants and Counterclaimant
Mintel Learning Technology, Inc. and
Ningyuan Wayne Yang

STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesdavis.com
HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Plaintiffs and Cross-Defendants
ADVANTE INTERNATIONAL CORP.,
dba VANTEUS ACADEMY, Yibin Vickie
Zhang and Shin Wei

**DENIED**
*James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, and Yibin Vickie Zhang, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MINTEL LEARNING TECHNOLOGY, INC., a California corporation, and NINGYUAN WAYNE YANG, an individual,<br><br>    Defendants. | Case No. 5:05-CV-01022-JW<br><br>**Stipulation to Enlarge Time for Filing Oppositions to Sanction Motions**<br><br>**Date:**<br>**Time:**<br>**Judge:**    **Hon. James Ware**<br>**Place:**    **Courtroom No. 8, 4th Floor** |
| MINTEL LEARNING TECHNOLOGY, INC.<br><br>    Counterclaimant,<br><br>    vs.<br><br>ADVANTE INTERNATIONAL CORP. d/b/a, VANTEUS ACADEMY, YIBIN VICKIE ZHANG, and SHIN WEI,<br><br>    Counter-Defendants. | |

WHEREAS, Plaintiffs and Counter-defendants Advante International Corp., Vickie Yibin Zhang, and Shin Wei (collectively "Advante") noticed its Motion for Terminating Sanctions against Mintel and Request for Attorney's Fees for hearing on February 4, 2008 ("Advante's Motion");

WHEREAS, Defendants and Counterclaimant Mintel Learning Technology, Inc. ("Mintel") noticed its Motion for Sanction under Fed. R. Civ. P. 11 for hearing on February 4, 2008 ("Mintel's Motion");

WHEREAS, Mintel's lead counsel, J. James Li, has recently moved from Howrey LLP to Greenberg Traurig LLP, and Mintel has selected Greenberg Traurig as its new counsel to replace Howrey;

WHEREAS, in light of its counsel transition from Howrey to Greenberg, Mintel would like to postpone the hearing for Advante's Motion by two weeks so that its counsel can have time to prepare for the opposition to Advante's Motion;

WHEREAS, according to the Court's website, the next available hearing date is March 17, 2008, which makes it undesirable to postpone the hearing date;

WHEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that there is good cause to enlarge time for filing opposition briefs without changing the hearing date for both Advante's Motion and Mintel's Motion, as follows:

| Action | Original Date | New Date |
|---|---|---|
| Last day to file opposition briefs to both Advante's Motion and Mintel's Motion | January 14, 2008 | January 21, 2008 |
| Last day to file reply briefs for both the Advante's Motion and Mintel's Motion | January 21, 2008 | January 28, 2008 |
| Hearing for both Advante's Motion and Mintel's Motion | February 4, 2008 | February 4, 2008 |

| | |
|---|---|
| Dated: January 10, 2008 | HOWREY LLP<br><br>By:   /s/ J. James Li<br>          J. James Li<br><br>Attorneys for Defendants and Counterclaim Plaintiffs<br>MINTEL LEARNING TECHNOLOGY, INC. and<br>NINGYUAN WAYNE YANG<br><br>HAYES DAVIS BONINO ELLINGSON McLAY &<br>SCOTT, LLP |
| Dated: January 10, 2008 | By:   /s/<br><br>Stephen P. Ellingson<br>Attorneys for Plaintiffs and Counterclaim Defendants<br>ADVANTE INTERNATIONAL CORP. dba<br>VANTEUS ACADEMY, YIBIN VICKIE ZHANG<br>and SHIN WEI |

I hereby certify that Stephen P. Ellingson has authorized my affixing his e-signature to this document.

                              /s/ J. James Li
                                  J. James Li

**\*\*\* ORDER \*\*\***

The Court DENIES the parties' Stipulation because good cause has not been shown. Although Defendants have changed law firm, they have retained the same lead counsel, Mr. James Li. The briefing schedule agreed upon by the parties does not provide the Court with sufficient time to evaluate the parties' positions before the scheduled hearing. Accordingly, the parties shall adhere to the briefing schedule as set forth by the Civil Local Rules.

Dated: January 11, 2008          _____
                                 JAMES WARE
                                 United States District Judge