IT IS SO ORDERED

*James Ware*

Judge James Ware

1   STEPHEN P. ELLINGSON (SBN 136505)
    sellingson@hayesdavis.com
2   JAMIE A. RADACK (SBN 221000)
    jradack@hayesdavis.com
3   HAYES DAVIS BONINO ELLINGSON
    McLAY & SCOTT, LLP
4   203 Redwood Shores Pkwy., Ste. 480
    Redwood City, California 94065
5   Telephone: 650.637.9100
    Facsimile: 650.637.8071
6
    Attorneys for Plaintiffs and Cross-Defendants
7   ADVANTE INTERNATIONAL CORP., dba VANTEUS ACADEMY,
    YIBIN VICKIE ZHANG and SHIN WEI
8
    J. James Li (SBN 202855)
9   lij@gtlaw.com
    GREENBERG TRAURIG, LLP
10  1900 University Ave., 5th Floor
    East Palo Alto, CA 94303
11  Telephone: 650.328.8508
    Facsimile: 650.289.7983
12
    Attorneys for Defendants and Counterclaimant
13  MINTEL LEARNING TECHNOLOGY, INC. and NINGYUAN WAYNE YANG

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17

18  ADVANTE INTERNATIONAL CORP., dba          CASE NO.   C05-01022 JW (RS)
    VANTEUS ACADEMY, an Illinois Corporation,
19  and YIBIN VICKIE ZHANG, and individual,
                                               STIPULATION OF DISMISSAL;
20              Plaintiff,                      [PROPOSED] ORDER
                                               [Fed. Rule Civ. Proc., Rule 41(a)(1)
21       v.

22  MINTEL LEARNING TECHNOLOGY, INC., a
    California Corporation, and NINGYUAN
23  WAYNE YANG, an individual,

24              Defendants.

25
    AND RELATED COUNTERCLAIMS
26

27

28

    167073                          1

1   IT IS HEREBY STIPULATED by Plaintiffs and Cross-Defendants

2   ADVANTE INTERNATIONAL CORP. dba VANTEUS ACADEMY, YIBIN VICKIE ZHANG

3   and SHIN WEI through their attorney of record, Stephen P. Ellingson of Hayes Davis Bonino

4   Ellingson McLay & Scott, LLP and Defendants and Counterclaim Plaintiffs MINTEL LEARNING

5   TECHNOLOGY, INC. and NINGYUAN WAYNE YANG through their attorney of record J.

6   James Li of Greenberg Traurig, LLP, that the above-captioned action be, and hereby is,

7   DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

8   Dated: May _____, 2008              GREENBERG TRAURIG, LLP

9

10                                      By: _____

11                                          J. JAMES LI
                                            Attorneys for Defendants and Counterclaim Plaintiffs
12                                          MINTEL LEARNING TECHNOLOGY, INC. and
                                            NINGYUAN WAYNE YANG

13

14                                      HAYES DAVIS BONINO ELLINGSON
                                        McLAY & SCOTT, LLP
15   Dated: May _____, 2008

16                                      By: _____
                                            STEPHEN P. ELLINGSON
17                                          Attorneys for Plaintiffs and Cross-Defendants
                                            ADVANTE INTERNATIONAL CORP. dba
18                                          VANTEUS ACADEMY, YIBIN VICKIE ZHANG
                                            and SHIN WEI
19

20                                      **ORDER**

21   IT IS SO ORDERED.

22      The Clerk shall close this file.

23   Dated: _____ May 20, 2008

24                                      _____
                                        HONORABLE JAMES WARE
25                                      UNITED STATES DISTRICT COURT FOR THE
                                        NORTHERN DISTRICT OF CALIFORNIA

26

27

28

167073                              - 2 -